UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT E. KNIGHT,**

    **Plaintiff,**

v.                                                                                                       **Case No.: 8:20-cv-2192-T-AAS**

**KLLILO KLJAKAZL,**
**Acting Commissioner,**[1]
**Social Security Administration,**

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 24). This request is unopposed. (*Id.* at p. 1).

The Commissioner requests remand with entry of judgment for these reasons:

> Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluated [sic] the medical evidence of record, particularly the medical opinion evidence from Dr. Davidson.

---

[1] Kllilo Kljakazl is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kllilo Kljakazl should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

(*Id.*).

Accordingly, the Commissioner's unopposed motion for entry of judgment with (Doc. 24) is **GRANTED**.

**ORDERED** in Tampa, Florida on August 24, 2021.

AMANDA ARNOLD SANSONE
United States Magistrate Judge